JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBITH HERNANDEZ, | ) Case No. |
| | ) |
| Plaintiff, | ) **8:17-cv-01307-JLS-JDE** |
| | ) |
| vs. | ) **ORDER** |
| ENHANCED RECOVERY COMPANY, LLC d/b/a ERC; DOES 1-10 inclusive, | ) |
| | ) |
| Defendant.. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Date: August 21, 2018

_____
JOSEPHINE L. STATON
Honorable Judge of the District Court

Order to Dismiss - 1